# UNITED STATES DISTRICT COURT

District of Massachusetts

Robert Rogers Yocum    V. DSM, N.V.,
DSM Food Specialties USA, Inc.,
Land O'Lakes, Inc., and
Melrose Dairy Proteins LLC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04 10687 RGS

TO: (Name and address of Defendant)

DSM Food Specialties USA, Inc.
2673 Eisenhower Avenue
Eagleville, Pennsylvania 19403

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Evan Slavitt
Bodoff & Slavitt LLP
225 Friend Street
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

APR 5 2004
DATE