UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT ROGERS YOCUM, <br><br> Plaintiff, <br><br> v. <br><br> DSM, N.V., DSM FOOD SPECIALTIES USA, INC., LAND O'LAKES, INC., and MELROSE DAIRY PROTEINS LLC, <br><br> Defendants. | Civil Case No. 04-10687-RGS <br><br> Richard G. Stearns <br> District Judge |

## STIPULATED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant DSM Food Specialties USA, Inc. ("DSM USA") and Plaintiff Robert Rogers Yocum hereby stipulate and agree and ask this Court to enter the attached order extending the time for DSM USA to answer or otherwise respond to the Complaint up to an including Monday, June 7, 2004. DSM USA's answer is presently due May 17, 2004.

Dated: May 13, 2004

_____
Timothy C. Blank (BBO No. 548670)
**DECHERT LLP**
200 Clarendon Street
27th Floor
Boston, MA 02116-5021
Phone: (617) 728-7100
Fax: (617) 426-6567

Of counsel:
John J. McDonnell
James C. Gumina
S. Richard Carden
Paul S. Tully
**MCDONNELL BOEHNEN HULBERT
& BERGHOFF LLP**
300 S. Wacker
Chicago, IL 60606
Phone: (312) 913-0001
Fax: (312) 913-0002

**ATTORNEYS FOR DEFENDANT
DSM FOOD SPECIALTIES USA, INC.**

_____
Evan Slavitt
**BODOFF & SLAVITT LLP**
225 Friend Street
Boston, MA 02114-1812
Phone: (617) 742-7300
Fax: (617) 742-9969

**ATTORNEYS FOR PLAINTIFF
ROBERT ROGERS YOCUM**

## CERTIFICATE OF SERVICE

HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEYS OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND) ON May 13, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT ROGERS YOCUM,<br><br>Plaintiff,<br><br>v.<br><br>DSM, N.V., DSM FOOD SPECIALTIES USA, INC., LAND O'LAKES, INC., and MELROSE DAIRY PROTEINS LLC,<br><br>Defendants. | Civil Case No. 04-10687-RGS<br><br>Richard G. Stearns<br>District Judge |

## ORDER

IT IS HEREBY ORDERED that the Parties' Stipulated Motion for an Extension of Time to Respond the Complaint is GRANTED.

Defendant DSM Food Specialties USA, Inc.'s response is due June 7, 2004.

SO ORDERED this ____ day of May, 2004.

_____
Richard G. Stearns
U.S. District Judge