UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN -7 P 4: 38
U.S. DISTRICT COURT
DISTRICT OF MASS.

ROBERT ROGERS YOCUM, )
)
Plaintiff, )
)
v. ) Civil Case No. 04 CV 10687 RGS
)
DSM, N.V., DSM FOOD SPECIALTIES, )
USA, INC., LAND O'LAKES, INC., )
AND MELROSE DAIRY PROTEINS, INC. )
)
Defendant )

### DEFENDANT DSM FOOD SPECIALTIES USA INC.'S MOTION TO DISMISS OR TRANSFER

Defendant DSM Food Specialties USA, Inc. ("DSM USA") respectfully moves this Court to dismiss Plaintiff Robert Rogers Yocum's ("Mr. Yocum") Complaint in favor of a first-filed declaratory judgment action pending in the United States District Court for the District of Minnesota. DSM further requests that this Court dismiss Mr. Yocum's action under Fed. R. Civ. P. 12(b)(3) because venue in this case is not properly laid in Massachusetts, and Mr. Yocum has admitted as much. Finally, in the alternative, DSM requests that this Court, in the interests of justice, transfer this case to the United States District Court for the District of Minnesota pursuant to 28 U.S.C. § 1404 and/or §1406.

### REQUEST FOR ORAL ARGUMENT

DSM USA respectfully requests that the Court hear oral argument on its Motion to Dismiss or Transfer.

Respectfully submitted,

Dated: June 7, 2004

_____
Timothy C. Blank (BBO No. 548670)
**DECHERT LLP**
200 Clarendon Street
27th Floor
Boston, MA 02116-5021
Phone: (617) 728-7100
Fax: (617) 426-6567**Error! Unknown document property name.**

OF COUNSEL:
John J. McDonnell
James C. Gumina
S. Richard Carden
Paul S. Tully
**McDONNELL BOEHNEN HULBERT & BERGHOFF LLP**
300 S. Wacker Drive
Chicago, IL 60606
Phone: (312) 913-0001
Fax:    (312) 913-0002

**ATTORNEYS FOR DEFENDANT DSM FOOD SPECIALTIES USA, INC.**

## CERTIFICATION UNDER LOCAL RULE 7.1(a)(2)

I hereby certify that on June 7, 2004, I contacted counsel for Plaintiff, Robert Rogers Yocum, pursuant to Local Rule 7.1(a)(2) regarding Defendant DSM Food Specialties USA, Inc.'s Motion to Dismiss or Transfer. I was unable to reach Plaintiff's counsel prior to the time Defendant's motion was filed.

_____
S. Richard Carden

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing DEFENDANT DSM FOOD SPECIALTIES USA, INC.'S MOTION TO DISMISS OR TRANSFER was served this 7th day of June, 2004, on the following by hand delivery ~~and facsimile:~~

>Evan Slavitt, Esq.
>BODOFF & SLAVITT LLP
>225 Friend Street
>Boston, Massachusetts 02114-1812
>Phone: (617) 742-7300
>Fax: (617) 742-9969

_____

4