AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts      ORIGINAL

FILED IN CLERKS OFFICE
2004 JUN 15 P 1:58
U.S. DISTRICT COURT
DISTRICT OF MASS

Robert Rogers Yocum

V.

DSM, N.V., DSM Food Specialties USA, Inc., Land O'Lakes, Inc., and Melrose Dairy Proteins LLC

SUMMONS IN A CIVIL CASE

CASE NUMBER:

04 10687 RGS

TO: (Name and address of Defendant)

Land O'Lakes, Inc.
Peter Janzen, V.P. and General Counsel
4001 Lexington Avenue North
Arden Hills, MN 55164-0101

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Evan Slavitt
Bodoff & Slavitt LLP
225 Friend Street
Boston, MA 02114-1812

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE   APR 5 2004

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Minnesota** <br> **County of Ramsey** | Ct. File No. 04-10687 RGS | ***Preferred*** Legal Services, Inc. |

Robert F. Steele _____, being duly sworn on oath says: that on the 27th day of May, 2004 at 12:16 pm he served the attached Summons in a Civil Case; Complaint and Jury Demand

upon Land O'Lakes, Inc., c/o Peter Janzen _____ therein named, personally at 4001 Lexington Avenue North, Arden Hills County of Ramsey _____ State of Minnesota, by handing to and leaving with Peter Janzen, Vice President and General Counsel, Agent authorized to accept service

**a true and correct copy thereof.**

Subscribed and Sworn to Before Me this 2nd day of June, 2004.

*[signature]*

CARRIE LYNN M. VEITCH
NOTARY PUBLIC- MINNESOTA
MY COMMISSION EXPIRES 1-31-2005

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
          Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.