AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FILED
IN CLERKS OFFICE
_____ District of Massachusetts _____

2004 JUN -8 A 8: 44

U.S. DISTRICT COURT
DISTRICT OF MASS.

Robert Rogers Yocum   V.   DSM, N.V.,
DSM Food Specialties USA, Inc.,
Land O'Lakes, Inc., and
Melrose Dairy Proteins LLC

SUMMONS IN A CIVIL CASE

CASE NUMBER:

## 04 10687 RGS

TO: (Name and address of Defendant)

Melrose Dairy Proteins LLC
1000 East Kraft Drive
Melrose, MN 56352

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Evan Slavitt
Bodoff & Slavitt LLP
225 Friend Street
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK  _[signature]_

(By) DEPUTY CLERK

DATE  APR 5 2004

◈AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 5-25-04 |
| NAME OF SERVER (PRINT) ANDY LONERGAN | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the third-party defendant. Place where served: LAW OFFICE, INC - REGISTERED AGENT 4001 LEXINGTON AVE, NO. ARDEN HILLS, MN 55112 C/O HENRY POOLE - MANAGING AGENT AUTHORIZED TO ACCEPT SERVICE

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $20.00 | SERVICES $82.50 | TOTAL $102.50 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-25-04
             Date              Signature of Server

ARDEN PROCESS SERVICES, INC.
998 DANBURY CT.
EAGAN, MN 55123-1566

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.