UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUN 16 A 11:48

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ROBERT ROGERS YOCUM,<br><br>Plaintiff,<br><br>v.<br><br>DSM, N.V., DSM FOOD SPECIALTIES USA, INC., LAND O'LAKES, INC., and MELROSE DAIRY PROTEINS LLC,<br><br>Defendants. | Civil Case No. 04-10687-RGS<br><br>Richard G. Stearns<br>District Judge |

### STIPULATED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants DSM, N.V., Land O'Lakes, Inc., and Melrose Dairy Proteins, LLC, and Plaintiff Robert Rogers Yocum hereby stipulate and agree and ask this Court to enter the attached order extending the time for DSM, N.V., Land O'Lakes, Inc., and Melrose Dairy Proteins, LLC to answer or otherwise respond to the Complaint up to an including Wednesday, June 30, 2004. DSM N.V's answer is presently due June 22, 2004; Land O'Lakes, Inc.'s answer is presently due June 16, 2004; and Melrose Dairy Proteins, LLC's answer is presently due June 21, 2004.

Dated: June 14, 2004

_____
Timothy C. Blank (BBO No. 548670)
**DECHERT LLP**
200 Clarendon Street
27th Floor
Boston, MA 02116-5021
Phone: (617) 728-7100
Fax: (617) 426-6567

Of counsel:
John J. McDonnell
James C. Gumina
S. Richard Carden
Paul S. Tully
**MCDONNELL BOEHNEN HULBERT
 & BERGHOFF LLP**
300 S. Wacker
Chicago, IL 60606
Phone: (312) 913-0001
Fax: (312) 913-0002

**ATTORNEYS FOR DEFENDANTS
DSM, N.V., LAND O'LAKES, INC. AND
MELROSE DAIRY PROTEINS, LLC**

_/s/ Evan Slavitt_

Evan Slavitt
**BODOFF & SLAVITT LLP**
225 Friend Street
Boston, MA 02114-1812
Phone: (617) 742-7300
Fax: (617) 742-9969

**ATTORNEYS FOR PLAINTIFF
ROBERT ROGERS YOCUM**