UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROBERT ROGERS YOCUM, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Case No. 04 CV 10687 RGS** |
| | ) | |
| DSM, N.V., DSM FOOD SPECIALTIES, | ) | |
| USA, INC., LAND O'LAKES, INC., | ) | |
| AND MELROSE DAIRY PROTEINS, INC. | ) | |
| | ) | |
| **Defendant** | ) | |

## STIPULATED DISMISSAL AND JOINT MOTION TO SUBSTITUTE PARTIES

NOW COME the Parties and respectfully request that this Court dismiss with prejudice Plaintiff Robert Rogers Yocum's ("Mr. Yocum") Complaint with respect to Defendant's DSM N.V., Land O'Lakes, Inc. ("LOL") and Melrose Dairy Proteins, LLC ("Melrose"). The Parties further request that the Court substitute DSM Food Specialties, B.V. as defendant in place of DSM N.V. In support of their Stipulated Dismissal and Joint Motion, the Parties state as follows:

1.  On April 2, 2004, Mr. Yocum filed the Complaint for patent infringement in this case naming DSM, N.V., DSM Food Specialties USA, Inc. ("DSM USA"), LOL and Melrose as Defendants.

2.  DSM USA was served on April 26, 2004, and moved to dismiss the case in favor of a previously-filed declaratory judgment action for non-infringement and invalidity pending in the United States District Court for the District of Minnesota, or in the alternative to transfer the current action to Minnesota in the interests of the convenience of the parties.

3.  DSM N.V. is a holding company with no operational capacity and is DSM USA's

1

ultimate parent company.  DSM N.V. was served on June 2, 2004.

4.     Mr. Yocum alleges that LOL and Melrose are customers of DSM USA for the product that is at issue in this litigation.  LOL and Melrose were served on May 27, 2004, and June 1, 2004, respectively.

5.     Mr. Yocum, DSM USA and the remaining named defendants in this case have reached an agreement whereby Mr. Yocum will dismiss with prejudice his claims against DSM USA's alleged customers.  Specifically in the pending case, Mr. Yocum will dismiss his claims against Land O'Lakes, Inc. and Melrose Dairy Proteins LLC, and DSM USA in turn will dismiss the Minnesota action and withdraw its Motion to Dismiss or Transfer pending in the current action (Motion to Withdraw to be filed under separate cover).  In addition, the parties have agreed to dismiss DSM N.V., DSM USA's ultimate parent, a holding company with no operational capacity.  DSM USA agrees not to assert that Land O'Lakes, Inc. or Melrose Dairy Proteins, LLC are necessary parties after entry of the dismissal.

6.     The parties respectfully move the Court to substitute DSM Food Specialties, B.V., as defendant in place of DSM N.V, because DSM Food Specialties, B.V. is the operational European counterpart to DSM USA.

7.     DSM N.V.'s answer to the complaint is currently due, under an agreement between the parties, on June 30, 2004.  The parties have agreed that DSM Food Specialties, B.V. may file its answer within 20 days of entry of the substitution order.

WHEREFORE, the Parties respectfully request that the Court enter the attached order dismissing this action with prejudice as to Land O'Lakes, Inc., Melrose Dairy Proteins, LLC and DSM,

N.V. and substituting DSM Food Specialties, B.V. as defendant in place of DSM N.V.

Respectfully submitted,

Dated: June 30, 2004

_____
Timothy C. Blank (BBO No. 548670)
**DECHERT LLP**
200 Clarendon Street
27th Floor
Boston, MA 02116-5021
Phone: (617) 728-7100
Fax: (617) 426-6567

OF COUNSEL:
John J. McDonnell
James C. Gumina
S. Richard Carden
Paul S. Tully
**McDONNELL BOEHNEN HULBERT
   & BERGHOFF LLP**
300 S. Wacker Drive
Chicago, IL 60606
Phone: (312) 913-0001
Fax:    (312) 913-0002

**ATTORNEYS FOR DEFENDANTS
DSM FOOD SPECIALTIES USA, INC.,
DSM, N.V., LAND O'LAKES, INC. AND
MELROSE DAIRY PROTEINS LLC**

## CERTIFICATE OF SERVICE

HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS
SERVED UPON THE ATTORNEYS OF RECORD FOR EACH OTHER PARTY
BY MAIL (BY HAND) ON ___June 30, 2004___

_____

_____
Evan Slavitt
**BODOFF & SLAVITT LLP**
225 Friend Street
Boston, MA 02114-1812
Phone: (647) 742-7300
Fax:    (674) 742-9969

**ATTORNEYS FOR PLAINTIFF
ROBERT ROGERS YOCUM**

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ROBERT ROGERS YOCUM,** )<br><br>    **Plaintiff,** )<br><br>    **v.** )<br><br>**DSM, N.V., DSM FOOD SPECIALTIES,**<br>**USA, INC., LAND O'LAKES, INC.,**<br>**AND MELROSE DAIRY PROTEINS, INC.** )<br><br>    **Defendant** ) | **Civil Action No. 04 CV 10687 RGS** |

## ORDER

IT IS HEREBY ORDERED that the Parties Stipulated Dismissal and Joint Motion to Substitute Parties is GRANTED IN ITS ENTIRETY. With respect to Defendants DSM, N.V., Land O'Lakes, Inc., and Melrose Dairy Proteins, the action is hereby DISMISSED WITH PREJUDICE.

The Clerk is hereby instructed to amend the caption of the case to name DSM Food Specialties, B.V. as a defendant.

SO ORDERED this _____ day of _____, 2004.

_____
Richard G. Stearns
United States District Court Judge