UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT ROGERS YOCUM,               )<br>                                    )<br>      Plaintiff,                    )<br>                                    )<br>v.                                  )   No. 04-10687-RGS<br>                                    )<br>DSM FOOD SPECIALTIES USA, INC.,     )<br>et al.,                             )<br>                                    )<br>      Defendants.                   )<br>_____) | |

## JOINT STATEMENT

Plaintiff Robert Rogers Yocum ("Mr. Yocum") and Defendants DSM Food Specialties BV ("DSM BV") and DSM Food Specialties USA, Inc. ("DSM USA") through their respective counsel, file the following Joint Statement pursuant to Local Rule 16.1(D).

*Introduction*

This is an action alleging infringement of U.S. Patent No. 6,214,577 ("the '577 patent"), which names Mr. Yocum as the sole inventor. Mr. Yocum, DSM BV and DSM USA contest infringement, validity and enforceability of the '577 patent. Specifically, Mr. Yocum alleges infringement of the '577 patent under 35 U.S.C. § 271(g) by Maxiren, a product manufactured outside the United States and distributed in the United States. Maxiren is used in the cheese making industry. DSM BV and DSM USA contend that not only does Maxiren not directly infringe the '577 patent, but under the provisions of 35 U.S.C. § 271(g), the product of the manufacturing process must be materially changed

{00008757.2}

in order to produce Maxiren, thereby precluding infringement under that section. DSM BV and DSM USA contend that the '577 patent is invalid for failure to comply with one or more of the provisions of 35 U.S.C. §§ 102, 103 and/or 112. Finally, DSM BV and DSM USA contend that the '577 patent is unenforceable due to prosecution laches. Mr. Yocum contests both the invalidity and unenforceability defenses and counterclaims.

### *Proposed Agenda*

The parties propose the following agenda for the conference:

1. Overview of Case
2. Bifurcation – The parties have agreed to bifurcate liability and damages
3. *Markman* Hearing
4. Possible Tutorial
5. Timing of Mediation
6. Discovery Schedule

### *Discovery and Pretrial Schedule*

The parties will propose that liability and damages be bifurcated. Accordingly, the following is a proposed schedule for the liability portion of the case. It is set up in two phases: the claim construction phase (*Markman* hearing process) and the remaining liability issues. This will allow the parties and the Court to focus efforts as efficiently as possible.

| EVENT | DATE |
|---|---|
| Amendments to Pleading | August 15, 2004 |
| Initial Disclosures | August 23, 2004 |
| Initial Claim Briefs | December 15, 2004 |
| Responsive Claim Briefs | January 14, 2005 |
| Close of Fact Discovery | 90 days after claim construction ruling |
| Designation of Experts | 105 days after claim construction ruling |
| Opening Expert Reports | 120 days after claim construction ruling |
| Reply Expert Reports | 150 days after claim construction ruling |
| Completion of Expert Depositions | 195 days after claim construction ruling |
| Dispositive Motions | 210 days after claim construction ruling |
| Oppositions to Dispositive Motions | 231 days after claim construction ruling |

### *Trial by Magistrate Judge*

At present, the parties do not consent to a trial by a magistrate judge.

### *Settlement and ADR*

The parties have complied with the settlement obligations contained in the Court's Order. The parties believe that ADR will only be productive after liability has been determined.

### *Certifications*

The parties will provide the required certificates at the conference.

Respectfully submitted,

ROBERT ROGERS YOCUM

By his attorneys,

*Evan Slavitt by RPO*
Evan Slavitt
Bodoff & Slavitt LLP
225 Friend Street
Boston, MA 02114
(617) 742-7300


DSM FOOD SPECIALTIES BV AND
DSM FOOD SPECIALTIES USA, INC.

By their attorneys,

*Timothy C. Blank by RPO*
Timothy C. Blank
**DECHERT LLP**
200 Clarendon Street
27th Floor
Boston, MA 02116-5021
Phone: (617) 728-7100
Fax: (617) 426-6567

Of counsel:
John J. McDonnell
James C. Gumina
S. Richard Carden
Paul S. Tully
**MCDONNELL BOEHNEN HULBERT
 & BERGHOFF LLP**
300 S. Wacker
Chicago, IL 60606
Phone: (312) 913-0001
Fax: (312) 913-0002

Dated: August 4, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT ROGERS YOCUM, )
)
Plaintiff, )
)
v. ) No. 04-10687-RGS
)
DSM FOOD SPECIALTIES USA, INC., )
et al., )
)
Defendants. )

## CERTIFICATE OF SERVICE

I, Christine Yancovitz, hereby certify that on August 4, 2004, I served the Joint Statement by causing copies of same to be sent by first-class mail, postage prepaid, to Timothy C. Blank, Esq., Dechert LLP, 200 Clarendon Street, 27th Floor, Boston, MA 02116-5021.

*Christine Yancovitz*
Christine Yancovitz
Paralegal
Bodoff & Slavitt LLP
225 Friend Street, 7th Floor
Boston, MA 02114-1812
617-742-7300 x204

Dated: 08-04-04