UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10687-RGS

ROBERT ROGERS YOCUM

v.

DSM FOOD SPECIALTIES USA, INC.

SUPPLEMENT TO
DISCOVERY ORDER

August 10, 2004

STEARNS, D.J.

The court having adopted the proposed discovery schedule further orders that plaintiff, on or before September 30, 2004, (1) identify with specificity where each element of each asserted claim of the '577 patent is to be found in the accused "device"; (2) provide a concise description of the information on which he relied in advancing each of his infringement contentions; and (3) rank in order of importance the infringement claims he intends to pursue.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE