# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **ROBERT ROGERS YOCUM,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Case No. 04 CV 10687 RGS** |
| | ) | |
| **DSM FOOD SPECIALTIES BV AND** | ) | |
| **DSM FOOD SPECIALTIES,** | ) | |
| **USA, INC.,** | ) | |
| | ) | |
| **Defendant** | ) | |

## UNOPPOSED MOTION FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, Timothy C. Blank, a member of the bar of this court and counsel of record for Defendants, DSM Food Specialties BV and DSM Food specialties, USA, Inc., moves for the admissions *pro hac vice* of John J. McDonnell, S. Richard Carden, Paul S. Tully, and Donald L. Zuhn, of the law firm McDonnell Boehnen Hulbert & Berghoff LLP, with offices located at 300 South Wacker Drive, Chicago, Illinois, 60606; telephone number: (312) 913-0001; facsimile: (312) 913-0002.

Defendants have conferred with counsel for Robert Rogers Yocum, and Plaintiffs' counsel consented to Defendant's Motion for Admissions *Pro Hac Vice*.

In support of this motion, Defendants hereby submit the accompanying declarations which state that (1) the above mentioned individuals are members of the bar in good standing in every jurisdiction where each has been admitted to practice; (2) that there are no disciplinary

FILING FEE PAID:
RECEIPT # _5 7847_
AMOUNT $ _200.00_
BY DPTY CLK _GK_
DATE _8-9-04_

1

proceedings pending against them as members of the bar in any jurisdiction; and (3) they are familiar with the Local Rules of this District.

The exhibits attached hereto are as follows:

EXHIBIT A:      Declaration of John J. McDonnell in Support of Motion to Appear *Pro Hac Vice*, and Certificate of Good Standing;

EXHIBIT B:      Declaration of S. Richard Carden in Support of Motion to Appear *Pro Hac Vice*, and Certificate of Good Standing;

EXHIBIT C:      Declaration of Paul S. Tully in Support of Motion to Appear *Pro Hac Vice*, and Certificate of Good Standing;

EXHIBIT D:      Declaration of Donald L. Zuhn in Support of Motion to Appear *Pro Hac Vice*, and Certificate of Good Standing; and

WHEREFORE, Defendant respectfully requests that this Court grant this Motion for Admissions *Pro Hac Vice* so as to admit counsel for the purposes of participating in this lawsuit.

DATED: ___August 7 2004___

DECHERT LLP

BY: _____

Timothy C. Blank (BBO No. 548670)
200 Clarendon Street
27th Floor
Boston, MA 02116-5021
Phone: (617) 728-7100
Fax: (617) 426-6567

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEYS OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND) ON ___August 9___