UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT ROGERS YOCUM, <br><br> Plaintiff, <br><br> v. <br><br> DSM FOOD SPECIALTIES BV AND DSM FOOD SPECIALTIES, USA, INC., <br><br> Defendant | Civil Case No. 04 CV 10687 RGS <br><br> FILING FEE PAID: <br> RECEIPT # <br> AMOUNT $ <br> BY DPTY CLK <br> DATE |

## UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, Timothy C. Blank, a member of the bar of this court and counsel of record for Defendants, DSM Food Specialties BV and DSM Food specialties, USA, Inc., moves for the admission *pro hac vice* of James C. Gumina, of the law firm McDonnell Boehnen Hulbert & Berghoff LLP, with offices located at 300 South Wacker Drive, Chicago, Illinois, 60606; telephone number: (312) 913-0001; facsimile: (312) 913-0002.

Defendants have conferred with counsel for Robert Rogers Yocum, and Plaintiffs' counsel consented to Defendant's Motion for Admission *Pro Hac Vice*.

In support of this motion, Defendants hereby submit the accompanying declaration which states that (1) the above mentioned individual is a member of the bar in good standing in every jurisdiction where admitted to practice; (2) that there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of this District.

1

The exhibit attached is as follows:

EXHIBIT A:  Declaration of James C. Gumina in Support of Motion to Appear *Pro Hac Vice*, and Certificate of Good Standing;

WHEREFORE, Defendant respectfully requests that this Court grant this Motion for Admission *Pro Hac Vice* so as to admit counsel for the purposes of participating in this lawsuit.

DATED: Aug. 11, 2004

DECHERT LLP

BY: _____
Timothy C. Blank (BBO No. 548670)
200 Clarendon Street
27th Floor
Boston, MA 02116-5021
Phone: (617) 728-7100
Fax: (617) 426-6567

OF COUNSEL:
John J. McDonnell
James C. Gumina
S. Richard Carden
Paul S. Tully
**McDONNELL BOEHNEN HULBERT & BERGHOFF LLP**
300 S. Wacker Drive
Chicago, IL 60606
Phone: (312) 913-0001
Fax:   (312) 913-0002

**ATTORNEYS FOR DEFENDANT DSM FOOD SPECIALTIES USA, INC.**

**CERTIFICATE OF SERVICE**

HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEYS OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND) ON Aug. 11, 2004