UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT ROGERS YOCUM,              ) | |
|                                                           ) | |
|     Plaintiff,                         ) | |
|                                                           ) | |
| v.                                                     ) | No. 04-10687-RGS |
|                                                           ) | |
| DSM FOOD SPECIALTIES USA, INC.,  ) | |
| et al.,                                                ) | |
|                                                           ) | |
|     Defendants.                    ) | |

**RESPONSE TO COUNTERCLAIMS**
**OF DSM FOOD SPECIALTIES B.V.**

Plaintiff Robert Rogers Yocum hereby responds to the counterclaims of DSM Food Specialties B.V. ("DSM BV"), as follows:

1. This paragraph merely characterizes the counterclaim and no response is required.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. No paragraph 6 appears in the counterclaim.

7. Admitted.

8. Admitted.

2

9. The first sentence is admitted. As to the second and third sentences, plaintiff lacks sufficient information to form a belief as to their truth and they are therefore denied. The fourth sentence is admitted.

10. Plaintiff lacks sufficient information to form a belief as to the truth of this allegation and it is therefore denied.

11. Matters relating to negotiations are excluded from the scope of appropriate factual matters that can be alleged in a Complaint and no response is required.

12. No paragraph 12 appears in the counterclaim.

13. Admitted.

14. Any attempt to summarize or characterize any document is denied as incomplete and misleading and the document speaks for itself. Further, no attachment exists on the Answer and Counterclaim served by DSM USA.

15. Admitted.

16. Admitted.

17. Plaintiff incorporates its responses.

18. Plaintiff lacks sufficient information to form a belief as to the truth of this allegation and it is therefore denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Admitted.

24. Plaintiff lacks sufficient information to form a belief as to the truth of this allegation and it is therefore denied.

25. Denied.

26. Plaintiff incorporates its responses.

27. Denied.

28. Admitted.

29. Denied.

30. Plaintiff incorporates its responses.

31. Denied.

32. Admitted.

33. Denied.

WHEREFORE, plaintiff requests that this Court dismiss the counterclaims and award such other relief as justice may require.

> Respectfully submitted,
>
> ROBERT ROGERS YOCUM
>
> By his attorneys,
>
> *[signature]*
>
> Evan Slavitt (466510)
> Bodoff & Slavitt LLP
> 225 Friend Street
> Boston, MA  02114
> (617) 742-7300

Dated: 8/25/04

## CERTIFICATE OF SERVICE

I hereby certify that on the foregoing date, I have served the foregoing on counsel of record by hand, courier, or first class mail.

*[signature]*
Evan Slavitt