UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT ROGERS YOCUM, )
 )
    Plaintiff, )
 )
v. ) No. 04-10687-RGS
 )
DSM FOOD SPECIALTIES USA, INC., )
*et al.*, )
 )
    Defendants. )
 )

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), plaintiff, Robert Rogers Yocum and his undersigned counsel certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

ROBERT ROGERS YOCUM

*/s/ Robert Rogers Yocum*

His attorney,

*/s/ Evan Slavitt*

Evan Slavitt (466510)
Bodoff & Slavitt LLP
225 Friend Street
Boston, MA 02114-1908
(617) 742-7300

Dated: August 4, 2004

{00008857.1}