UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT ROGERS YOCUM,           )
                               )
    Plaintiff,                 )
                               )
v.                             )   No. 04-10687-RGS
                               )
DSM FOOD SPECIALTIES USA, INC.,)
*et al.*,                      )
                               )
    Defendants.                )
_____)

### RESPONSE TO COUNTERCLAIMS OF DSM FOOD SPECIALTIES USA, INC.

Plaintiff Robert Rogers Yocum hereby responds to the counterclaims of DSM Food Specialties USA, Inc. ("DSM USA"), as follows:

1. This paragraph merely characterizes the counterclaim and no response is required.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. No paragraph 6 appears in the counterclaim.

7. Admitted.

8. Admitted.

9. The first sentence is admitted. As to the second and third sentences, plaintiff lacks sufficient information to form a belief as to their truth and they are therefore denied. The fourth sentence is admitted.

10. Plaintiff lacks sufficient information to form a belief as to the truth of this allegation and it is therefore denied.

11. Plaintiff lacks sufficient information to form a belief as to the truth of this allegation and it is therefore denied.

12. Matters relating to negotiations are excluded from the scope of appropriate factual matters that can be alleged in a Complaint and no response is required.

13. Admitted.

14. Any attempt to summarize or characterize any document is denied as incomplete and misleading and the document speaks for itself. Further, no attachment exists on the Answer and Counterclaim served by DSM USA.

15. Admitted.

16. Admitted.

17. Plaintiff incorporates its responses.

18. This paragraph repeats the allegations in ¶¶ 10-11 of the Counterclaim and plaintiff incorporates the responses to those paragraphs.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Admitted.

24. Plaintiff lacks sufficient information to form a belief as to the truth of this allegation and it is therefore denied.

25. Denied.

26. Plaintiff incorporates its responses.

27. Denied.

28. Admitted.

29. Denied.

30. Plaintiff incorporates its responses.

31. Denied.

32. Admitted.

33. Denied.

WHEREFORE, plaintiff requests that this Court dismiss the counterclaims and award such other relief as justice may require.

Respectfully submitted,

ROBERT ROGERS YOCUM

By his attorneys,

*Evan Slavitt*
Evan Slavitt (466510)
Bodoff & Slavitt LLP
225 Friend Street
Boston, MA 02114
(617) 742-7300

Dated: 8/25/04

## CERTIFICATE OF SERVICE

I hereby certify that on the foregoing date, I have served the foregoing on counsel of record by hand, courier, or first class mail.

*Evan Slavitt*
Evan Slavitt