UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT ROGERS YOCUM, )
　　　　　　　　　　　　 )
　　　Plaintiff, )
　　　　　　　　　　　　 )
v. )
　　　　　　　　　　　　 )　No. 04-10687-RGS
DSM FOOD SPECIALTIES USA, INC., )
et al., )
　　　　　　　　　　　　 )
　　　Defendants. )
　　　　　　　　　　　　 )

## PLAINTIFF'S CLAIM DISCLOSURES

Pursuant to this Court's order, Mr. Yocum makes the following disclosures about his patent claims.

### 1.　Basic Elements

The essence of the patent is materials and methods for modifying ("transforming") a yeast cell by introducing a package of genes into a yeast chromosome. The materials and methods are more universally applicable than those that existed previously, allowing a greater range of yeast strains to be genetically engineered. One particularly useful gene package that can be introduced is a package that contains a gene that encodes a desired protein. This desired protein can be one that the host yeast would not otherwise produce. One particularly useful method of the patent is a method for producing a desired protein by using the series of steps culminating in Claim 7. Thus, the heart of the case is claim 7 of the patent:

> A method for producing a desired protein encoded by a heterologous gene comprising culturing a transformed yeast of claim 6 under conditions that result in the production of said protein.

{00009255.2}

This claim, therefore, covers a protein, such as chymosin or one of its family that is produced by this method. The elements of this claim are

(i) the use of a transformed yeast;

(ii) that has been transformed using *either* a specified vector *or* the use of certain specified DNA sequence;

(iii) which results in the production of a specified protein encoded by that gene.

The patent further describes the specified vector (claim 4), which contains an antibiotic resistance gene that has been engineered to function well in yeast, and which enables the introduction of the gene that encodes the desired protein (claims 1, 2, 3). In claim 5, the patent claims a DNA that contains the features of claim 1 and a desired heterologous (non-native or modified) gene. In other claims the patent claims yeast cells that have been transformed in a particular way or which use certain DNA sequences, and a method for transforming yeast cells (claims 6 and 9).

## 2. Basic Information

Because the protein at issue – chymosin – is used in the production of food, defendant was required to file substantial information about the production process with the Food and Drug Administration to demonstrate that the chymosin qualified as "generally recognized as safe" or GRAS. In addition, there has been at least one scientific paper published by those working with or for defendant that has also substantiated the process.

3.  **Claims in Priority**

In descending order of priority, the claims are: 7, 6/8, 9, 5, 4, 2, 1.

Respectfully submitted,

ROBERT ROGERS YOCUM

By his attorneys,

_____
Evan Slavitt (466510)
Bodoff & Slavitt LLP
225 Friend Street
Boston, MA 02114
(617) 742-7300

Dated: September 15, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on the foregoing date, I have served the foregoing on counsel of record by hand, courier, or first class mail.

_____
Evan Slavitt