UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT ROGERS YOCUM,        ) | |
|                       ) | |
|     Plaintiff,             ) | |
|                       ) | |
| v.                         ) | No. 04-10687-RGS |
|                       ) | |
| DSM FOOD SPECIALTIES USA, INC.,   ) | |
| *et al.*,                     ) | |
|                       ) | |
|     Defendants.        ) | |

## STIPULATION OF DISMISSAL

The parties hereto, by and through their counsel, hereby stipulate to the dismissal

with prejudice and without costs of all claims and counterclaims in this case.

Respectfully submitted,

ROBERT ROGERS YOCUM

By his attorneys,

_/s/Evan Slavitt_____
Evan Slavitt
Bodoff & Slavitt LLP
225 Friend Street
Boston, MA  02114
(617) 742-7300

DSM FOOD SPECIALTIES BV AND
DSM FOOD SPECIALTIES USA, INC.

By their attorneys,

Timothy C. Blank
**DECHERT LLP**
200 Clarendon Street
27th Floor
Boston, MA  02116-5021
Phone:  (617) 728-7100
Fax: (617) 426-6567

John J. McDonnell
James C. Gumina
S. Richard Carden
Paul S. Tully
**MCDONNELL BOEHNEN HULBERT
 & BERGHOFF LLP**
300 S. Wacker
Chicago, IL  60606
Phone:  (312) 913-0001
Fax:  (312) 913-0002

Dated: February 18, 2005